UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAMADOU SOULEYMANE BAH,

    Petitioner,

v.

    Case No. 1:16-cv-717

REBECCA ADDUCCI,

    HON. JANET T. NEFF

    Respondent.
_____/

## ORDER

This is a habeas corpus petition filed pursuant to 28 U.S.C. § 2241. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on February 28, 2017, recommending that this Court deny the petition without prejudice to Petitioner's ability to apply for future relief if circumstances change. The Report and Recommendation was duly served on the parties. No objections have been filed, *see* 28 U.S.C. § 636(b)(1), and the Court issues this Order. The Court will also issue a Judgment in this proceeding. *See Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013) (requiring a separate judgment in habeas proceedings). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 19) is APPROVED and ADOPTED as the Opinion of the Court and the petition for habeas corpus relief is DENIED WITHOUT PREJUDICE for the reasons stated in the Report and Recommendation.

Dated: March 15, 2017                                                 /s/ Janet T. Neff
                                                                               JANET T. NEFF
                                                                               United States District Judge